**Order filed November 30, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00973-CV
_____

**BEATRICE FOOTS, Appellant**

**V.**

**JIMMIE ANDREPOINT, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1060830**

---

## O R D E R

The clerk's record was filed December 31, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the following:

- The transcript from the justice court, filed on or about March 31, 2015;
- The defendant's original answer, filed on or about April 3, 2015; and
- The court's charge and the jury's verdict, filed on or about August 30, 2019. The Harris County Clerk is directed to file a supplemental clerk's record on

or before December 7, 2020 containing the following:

- The transcript from the justice court, filed on or about March 31, 2015;

- The defendant's original answer, filed on or about April 3, 2015; and
- The court's charge and the jury's verdict, filed on or about August 30, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Christopher, Wise and Hassan.